**BRYAN CAVE LEIGHTON PAISNER LLP**
Keith Klein (SBN 184846)
*keith.klein@bclplaw.com*
Matthew G. Minder (*Pro Hac Vice*)
*matt.minder@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200

*Attorneys for Plaintiff A Long Story Short, LLC*

**PERKINS COIE LLP**
Katherine M. Dugdale (SBN 168014)
*kdugdale@perkinscoie.com*
William C. Rava (*Pro Hac Vice*)
*wrava@perkinscoie.com*
Timothy M. Carter (SBN 335212)
*tcarter@perkinscoie.com*
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:   (310) 788-9900
Facsimile:   (310) 788-3399

*Attorneys for Defendants NFP Corp. and Ground Control Business Management*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A LONG STORY SHORT, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>NFP CORP.; GROUND CONTROL BUSINESS MANAGEMENT; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:23-cv-06193-MEMF-MAR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>Date Action Filed: July 31, 2023 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff A Long Story Short, LLC ("**Plaintiff**") and Defendants NFP Corp. ("**NFP**") and Ground Control Business Management ("**GCBM**," and with NFP, the "**Defendants**"), by and through their undersigned attorneys, hereby jointly stipulate and agree that this matter be voluntarily dismissed with prejudice. Plaintiff and Defendants will bear their own respective attorneys fees and costs.

Dated: June 6, 2024        BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Keith Klein*
Keith Klein
Attorneys for Plaintiff A Long Story Short, LLC d/b/a Ground Control

Dated: June 6, 2024        PERKINS COIE LLP

By: /s/ *Katherine M. Dugdale*
Katherine M. Dugdale
Attorneys for Defendants NFP. Corp. and Ground Control Business Management

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

/s/ *Keith Klein*
Keith Klein

---

1
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE